## Commonwealth *v.* Howard, Appellant.

Argued March 17, 1976. *A. Benjamin Johnson, Jr.*, for appellant; *John M. DiDonato*, Assistant District Attorney, with him *Deborah E. Glass* and *Steven H. Goldblatt*, Assistant District Attorneys, *Abraham J. Gafni*, Deputy District Attorney, and *F. Emmett Fitzpatrick*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.